# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

HILARIO M.R.,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-01154 JLT EPG (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENTS' MOTION TO DISMISS, DENYING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE

(Docs. 1, 11, 20)

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 9, 2026, the magistrate judge issued findings and recommendations that Respondents' motion to dismiss be denied and the petition for writ of habeas corpus be denied. (Doc. 20.) On July 23, 2026, Petitioner filed timely objections. (Doc. 14.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on July 9, 2026 (Doc. 20) are **ADOPTED IN FULL**.
2. Respondents' motion to dismiss (Doc. 11) is **DENIED**.
3. The petition for writ of habeas corpus is **DENIED**.

4. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated: _October 8, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE